**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                         CASE NO. 8:12-CR-212-T-EAK-EAJ

JEAN GORDY GEDEON

_____/

**ORDER**

This cause comes before the Court on the defendant's motion to correct clerical error in his PSI/PSR (Doc. 31) and the response thereto (Doc. 34). The defendant seeks to have his name corrected from Jean Gordy Gedeon to Jean Gardy Gedeon; his Alien number corrected from A60980420 to A057597387; and his date of birth corrected from November 28, 1987 to November 28, 1989.

In response the government states: "Undersigned counsel has reviewed the documentary evidence provided by the defendant in support of his motion and contacted United States Citizenship and Immigration Services (USCIS) regarding the defendant's claims. USCIS reviewed the defendant's alien file and confirmed the defendant's name as Jean Gardy Gedeon, with a date of birth of 11/28/1989 and an alien number of A057597387." The Court has reviewed the motion and response and finds the request should be granted. Accordingly, it is.

**ORDERED** that defendant's motion to correct clerical error in his PSI/PSR (Doc. 31) be **granted** and the PSI/PSR so that his name corrected is changed from Jean Gordy Gedeon to Jean Gardy Gedeon; his Alien number corrected from A60980420 to A057597387; and his date of birth corrected from November 28, 1987 to November 28, 1989. The Clerk of Court shall serve a copy of this order on the U.S. Probation Office who shall make all the necessary corrections in all the records pertaining to this defendant and shall provide copies of those corrections to all

appropriate sources.  The Clerk of Court shall also amend the docket in this case to reflect the change in the defendant's name.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 6th day of March, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record
U.S. Marshal's Office-Tampa Division