UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                              CASE NO.  8:12-CR-212-T-17EAJ

JEAN GARDY GEDEON.

_____/

ORDER

This cause is before the Court on:

Dkt. 37        Motion to Reopen and Review

Defendant Jean Gardy Gedeon moves to reopen and review this case so
Defendant Gedeon can appeal the Judgment (Dkt. 23).  Defendant Gardy was
sentenced on August 23, 2012.

Defendant Gedeon entered into a plea agreement (Dkt. 11), in which Defendant
waived the right to appeal Defendant's sentence or to challenge it collaterally on any
ground except: a) the sentence exceeds the defendant's applicable guidelines range as
determined by the Court pursuant to the United States Sentencing Guidelines; b) the
sentence exceeds the statutory maximum penalty; or c) the sentence violates the
Eighth Amendment to the Constitution. (Dkt. 11, p. 15).

Defendant Gedeon certified that Defendant read the plea agreement in its
entirety or it was read to Defendant, and that Defendant fully understood its terms.
(Dkt. 11, p. 22).

Defendant Gedeon was represented by counsel at the change of plea hearing
(Dkt. 13), and at sentencing (Dkt. 21), and the services of an interpreter were provided.

Case No. 8:12-CR-212-T-17EAJ

At the change of plea hearing, Defendant withdrew his plea of not guilty and entered a plea of guilty to Count One of the Information; a factual basis was established. (Dkt. 13). At the sentencing hearing, the plea agreement was ratified and accepted, and Defendant Gedeon was adjudged guilty on Count One of the Information. (Dkt. 21). Defendant Gedeon did not move to withdraw his plea prior to sentencing.

Because Defendant Gedeon waived his right to appeal and right to collaterally challenge Defendant's sentence except on the specified limited grounds, the Court denies Defendant Gedeon's Motion to Reopen and Review Proceedings. Accordingly, it is

**ORDERED** that Defendant Gedeon's Motion to Reopen and Review Proceedings (Dkt. 37) is **denied**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this _8th_ day of February, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

2